

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

April 22, 2024

**_Via ECF_**
Magistrate Judge Robyn F. Tarnofsky
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Level 12 Productions, LLC v. The Daily Beast Company LLC*
              Case No: 1:24-cv-00515-LAK-RFT

Dear Magistrate Judge Tarnofsky:

We are the attorneys for plaintiff Level 12 Productions ("Plaintiff") in the above-referenced matter. Pursuant to Rule I.E. of Your Honor's Individual Practices, Plaintiff, with consent of defendant The Daily Beast Company LLC ("Defendant"), respectfully move this Court for an adjournment of the Case Management Conference, currently scheduled for May 6, 2024. In support, Plaintiff includes the following:

1. Pursuant to the Court's April 17, 2024, Order, Defendant was granted an extension of time to file its Answer or otherwise move. Defendant's current deadline to Answer or otherwise move in response to the Complaint is May 17, 2024. [Dkt. No. 12].

2. The extension of Defendant's time places Defendant's deadline to respond to the Complaint after the Case Management Conference, which is currently scheduled for May 6, 2024, at 10:30 a.m., as well as after the April 29, 2024, deadline for the parties to submit their proposed Case Management Plan. [Dkt. No. 9].

3. In light of the May 17, 2024, deadline for Defendant to respond to the Complaint, Plaintiff respectfully requests that the current Case Management Conference, scheduled for May 6, 2024, be adjourned to June 3, 2024, and that the April 29, 2024, filing deadline be extended to May 27, 2024.



4.  This is Plaintiff's first request for an adjournment of the Case Management Conference. The requested adjournment is made in good faith and not for purposes of delay and granting this request will not prejudice any party to this matter.

5.  Defendant consents to the relief requested herein.

    Thank you for your consideration of this request.

                                    Respectfully submitted,

                                    **SANDERS LAW GROUP**

                                    <u>/s *Jaymie Sabilia-Heffert*</u>
                                    Jaymie Sabilia-Heffert, Esq.

cc: All counsel of record via ECF

---

The parties' application is GRANTED.

The Initial Case Management Conference is adjourned to **June 3, 2024 at 10:30 AM**. Counsel for the parties is directed to join the conference by dialing **(646) 453-4442, Access Code: 788 907 827 #**.

The deadline to file the Proposed Scheduling Order is extended to **May 27, 2024.**

Dated: April 23, 2024
       New York, NY

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE